United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 18, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-40900
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

OMAR ALEJANDRO GARZA-FLORES,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-03-CR-250-1
---------------------

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

Omar Alejandro Garza-Flores contends for the first time on

appeal that the felony and aggravated felony provisions found in

8 U.S.C. § 1326(b)(1) and (b)(2) are unconstitutional in light of

Apprendi v. New Jersey, 530 U.S. 466 (2000). He concedes that

this argument is foreclosed by Almendarez-Torres v. United

States, 523 U.S. 224 (1998), but asserts that Almendarez-Torres

has been called into doubt by Apprendi v. New Jersey, 530 U.S.

466 (2000). See United States v. Dabeit, 231 F.3d 979, 984 (5th

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Cir. 2000).  He seeks to preserve the issue for possible Supreme Court review.

Garza contends also that a condition of supervised release contained in the written judgment, which prohibits Garza from possessing a dangerous weapon, conflicts with the district court's oral pronouncement of the sentence and must be deleted. The same contention was advanced in <u>United States v. Torres-Aquilar</u>, 352 F.3d 934, 935-38 (5th Cir. 2003), and was rejected by the court.  The judgment is

AFFIRMED.